Slip Op. 23-78

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S. AND BORUSAN MANNESMANN PIPE U.S. INC.,** | |
| Plaintiffs, | Before: Jane A. Restani, Judge |
| v. | Court No. 21-00132 |
| **UNITED STATES,** | |
| Defendant, | |
| **WHEATLAND TUBE AND NUCOR TUBULAR PRODUCTS INC.,** | |
| Defendant-Intervenors. | |

## JUDGMENT

The complaint and USCIT R. 56.2 motion filed in this matter challenging the final determination of the United States Department of Commerce regarding Circular Welded Carbon Steel Standard Pipe and Tube Products From Turkey: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2018-2019, 86 Fed. Reg. 15,190 (Dep't Commerce Mar. 22, 2021) ("Final Determination") raise issues that have been resolved in favor of the Department in Transpacific Steel LLC v. United States, 4. F.4th 1306 (Fed. Cir. 2021) and Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States, 63 F.4th 25 (Fed. Cir. 2023). The parties have advised that, there being no other issues to adjudicate, judgment should be entered in agreement with those decisions. Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Final Determination by Commerce is **SUSTAINED**.

                                            /s/ Jane A. Restani
                                        Jane A. Restani, Judge

Dated: May 17, 2023
       New York, New York